UNITED STATES DISTRICT COURT

Northern District of California

CAROL W. MUNENE,

        Plaintiff,

  v.

SPECIALIZED LOAN SERVICING,

        Defendant.

No. C 10-2876 MEJ

**SECOND ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

On August 9, 2010, the Court ordered the parties to inform it as to whether they consent to Magistrate Judge James' jurisdiction in this case by September 2, 2010. (Dkt. #7.) Plaintiff Carol Munene has failed to respond. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff Carol Munene shall inform the Court, by way of the enclosed form, whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by September 23, 2010. As this is the second such order, Plaintiff should be mindful that sanctions may be imposed for failure to comply with court orders.

**IT IS SO ORDERED.**

Dated: September 8, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge