UNITED STATES DISTRICT COURT

Northern District of California

CAROL W MUNENE,

          Plaintiff(s),          No. C 10-02876 MEJ

  v.

SPECIALIZED LOAN SERVICING,      **ORDER TO SHOW CAUSE**

          Defendant(s).

_____/

On August 6, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of October 14, 2010. (Dkt. #6.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by September 23, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the October 14, 2010 hearing and ORDERS Plaintiff Carol Munene to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by October 14, 2010, and the Court shall conduct a hearing on October 21, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 29, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAROL W MUNENE

        Plaintiff,

v.

SPECIALIZED LOAN SERVICING

        Defendant.

Case Number: 10-02876 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carol W. Munene
3275 Maple Avenue
Oakland, CA 94602

Dated: September 29, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2