UNITED STATES DISTRICT COURT

Northern District of California

CAROL W. MUNENE,

        Plaintiff,                                 No. C 10-2876 MEJ

  v.

SPECIALIZED LOAN SERVICING,            **ORDER VACATING CMC**

        Defendant.

_____/

This matter is scheduled for a Case Management Conference on October 7, 2010. However, as Plaintiff has failed to respond to Defendant's pending motion to dismiss, and the Court has issued an order for Plaintiff to show cause why this matter should not be dismissed, the Court VACATES the October 7, 2010 Case Management Conference .

**IT IS SO ORDERED.**

Dated: September 29, 2010

                                                                      _____
                                                                      Maria-Elena James
                                                                       Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAROL W MUNENE

        Plaintiff,

v.

SPECIALIZED LOAN SERVICING

        Defendant.

Case Number: 10-02876 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carol W. Munene
3275 Maple Avenue
Oakland, CA 94602

Dated: September 29, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2