U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL W. MUNENE,<br><br>    Plaintiff,<br>v.<br><br>SPECIALIZED LOAN SERVICING LLC<br><br>    Defendants. | CASE NO.:  C10-02876 MEJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE<br><br>Judge:    Magistrate Judge Maria-Elena James<br><br>Complaint Filed:  April 27, 2010<br>Trial Date: |

Defendant Specialized Loan Servicing LLC ("Defendant") has filed a written request to appear by telephone at the October 21, 2010, 10:00 a.m. Hearing on Order to Show Cause.

IT IS ORDERED:

Defendant's request to appear by telephone is granted.   Counsel shall contact the Courtroom Deputy, Brenda Tolbert, at (415) 522-4708 and provide a local or toll free number for his appearance.  Counsel shall provide the number by 9:00 a.m. on October 21, 2010.

DATED:  October 20, 2010

_____
Magistrate Judge Maria-Elena James

- 1 -
[Proposed] Order Granting Defendant's Request for Telephonic Appearance - Case No C10-02876 MEJ