**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CAROL W MUNENE,

10            Plaintiff,                              No. C 10-02876 JSW

11    v.

12    SPECIALIZED LOAN SERVICING,               **ORDER ADOPTING REPORT
                                                AND RECOMMENDATION TO**
13            Defendant.                        **DISMISS COMPLAINT**
      _____/

14

15            On October 21, 2010, Magistrate Judge Maria-Elena James issued a Report and

16    Recommendation, in which she recommended Plaintiff's case be dismissed based on her failure

17    to prosecute and to to comply with the Court's orders and deadlines.  Plaintiff has not filed an

18    objection to the Report and Recommendation within the time required by Federal Rule of Civil

19    Procedure 72.  The Court has reviewed Magistrate Judge James' Report and Recommendation

20    and finds it correct, well-reasoned and thorough, and adopts it in every respect.   Accordingly,

21    the Court HEREBY DISMISSES the above-captioned action.  A separate Judgment shall be

22    entered, and the Clerk shall close the file.

23            **IT IS SO ORDERED.**

24

25    Dated:  December 10, 2010

26                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
27

28

United States District Court

For the Northern District of California

1

2 UNITED STATES DISTRICT COURT

3 FOR THE

4 NORTHERN DISTRICT OF CALIFORNIA

5

6

7 CAROL W MUNENE,                           Case Number: CV10-02876 JSW

              Plaintiff,
8                                           **CERTIFICATE OF SERVICE**

9   v.

10 SPECIALIZED LOAN SERVICING et al,

              Defendant.
11 _____/

12

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
   District Court, Northern District of California.

14 That on December 10, 2010, I SERVED a true and correct copy(ies) of the attached, by
   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
15 listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
   inter-office delivery receptacle located in the Clerk's office.

16

17

18 Carol W. Munene
   3275 Maple Avenue
19 Oakland, CA 94602

20
   Dated: December 10, 2010
21                                        *Jennifer Ottolini*

22                                        Richard W. Wieking, Clerk
                                          By: Jennifer Ottolini, Deputy Clerk
23

24

25

26

27

28